UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMPESTRE CORPORATION, *et al*.,<br><br>  Defendants. | Case No. 20-cv-00445-SI<br><br>**ORDER RE: STIPULATION FILED AT DKT. NO. 10**<br><br>Re: Dkt. No. 10 |

   The parties have filed a stipulation requesting that they be relieved of the requirements of General Order 56 to participate in a joint site inspection. They request a referral to mediation on the basis that the parties have reached "a tentative agreement as to barrier removal at the property" and "now need the assistance of the mediation program to resolve the outstanding monetary issues." Dkt. No. 10.

   The Court hereby informs the parties that they must comply with the procedures set forth in the Second Amended Notice re Procedures in All Cases Referred to ENE or Mediation and re Pre-Mediation Procedures in Cases Subject to General Order 56, found cand.uscourts.gov/wp-content/uploads/court-programs/adr/Second-Amended-Notice-re-Procedures-in-Cases-Referred-to-ENE-or-Mediation-and-re-Procedures-in-Cases-Subject-to-General-Order-56-060320.pdf. That notice provides, *inter alia*, that "The parties may by agreement elect to replace the joint site inspection with another process that enables them to obtain and exchange the information needed to prepare effectively to evaluate the case for resolution at the settlement meeting. If the parties elect to replace the joint site inspection with another process, they must attach to the Notice of Need for Mediation and Certification of Counsel a joint letter describing the terms of the parties' agreement and confirming that all requirements of the agreement have been satisfied."

Accordingly, the Court will not enter the parties' proposed stipulation and order. The parties may file a new stipulation that complies with the Second Amended Notice described above.

**IT IS SO ORDERED**.

Dated: November 16, 2020

_____
SUSAN ILLSTON
United States District Judge