UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMPESTRE CORPORATION, *et al*.,<br><br>    Defendants. | Case No. 20-cv-00445-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS** |

This case was filed on January 21, 2020. On November 11, 2020, the parties filed a stipulation requesting to be excused from the requirement contained in General Order 56 to participate in a joint site inspection. In an order filed November 16, 2020, the Court informed the parties that they must comply with the procedures set forth in the Second Amended Notice re Procedures in All Cases Subject to General Order 56, which *inter alia* provide that parties may elect to replace the joint site inspection with another process and must inform the Court of that agreement and confirm the parties' satisfaction of that agreement. *See generally* Dkt. No. 11 & Second Amended Notice.

The parties have not taken any action in this case since the Court's November 16, 2020 order. Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than **December 28, 2020,** why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 18, 2020

                                      SUSAN ILLSTON
                                      United States District Judge